ORIGINAL
FILED

1   **MELODY A. KRAMER**, SBN 169984
2   KRAMER LAW OFFICE, INC.
    9930 Mesa Rim Road, Suite 1600
3   San Diego, California 92121
4   Telephone (858) 362-3150

5   **J. MICHAEL KALER**, SBN 158296
6   KALER LAW OFFICES
    9930 Mesa Rim Road, Suite 200
7   San Diego, California 92121
8   Telephone (858) 362-3151

9   Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
10  DEVELOPMENT TRUST

'07 NOV -6 PM 2:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:        CP        DEPUTY

11

12

13              UNITED STATES DISTRICT COURT

14          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16  JENS ERIK SORENSEN, as Trustee of  )  Case No. '07CV  2121  JAH-CAB
    SORENSEN RESEARCH AND              )
17  DEVELOPMENT TRUST,                 )  **COMPLAINT FOR PATENT**
                                       )  **INFRINGEMENT**
18                     Plaintiff,      )
                                       )
19       v.                            )
                                       )  REQUEST FOR JURY TRIAL
20  GIANT INTERNATIONAL (USA)          )
21  LTD., a Delaware corporation, and DOES )
    1-10,                              )
22                                     )
                                       )
23                     Defendants.     )
                                       )
24

25  //

26  //

27

28

1       Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN

2  RESEARCH AND DEVELOPMENT TRUST ("SRDT"), for its Complaint for

3  Patent Infringement against Defendant GIANT INTERNATIONAL (USA) LTD.

4  ("GIANT"), and DOES 1- 10 allege as follows:

5  **THE PARTIES**

6       1.    SRDT is a California resident, and the trustee of a trust organized

7  according to California law, and owner of all rights to United States Patent No.

8  4,935,184 (hereinafter "'184 patent") attached hereto as Exhibit A.

9       2.    Defendant GIANT is a corporation organized under the laws of

10  Delaware, having a principal office located at 3500 Lenox Road, Suite 630, Atlanta,

11  Georgia, engaged in the manufacture, import, sale, and or offer for sale within the

12  United States, including this District, of electronic consumer products, including

13  products sold under the Motorola brand name.

14       3.    Defendant DOES 1 through 10 are entities, form unknown, who, upon

15  information and belief, are collectively and individually, each involved in the

16  manufacture, import, sale, and or offer for sale within the United States, including

17  this District, of consumer products, including the Accused Products identified herein.

18

19  **JURISDICTION and VENUE**

20       4.    This action arises under the Patent Laws of the United States of

21  America, Title 35, United States Code.  Jurisdiction is founded on Title 28, United

22  States Code §§ 1331, 1332(a), and 1338(a).

23       5.    On information and belief, venue in this district is proper under 28

24  U.S.C. §§ 1391 and 1400(b) because Defendant GIANT has committed acts of

25  infringement and has an extensive network of authorized dealers which sell its

26  products at their regular and established places of business.

27       6.    This Court has personal jurisdiction over Defendant GIANT under the

28  long-arm statute of California and U.S. constitutional law because Defendant

2.

Case No. _____

1  GIANT ships its products into the Southern District of California, offers those
2  products for sale and sells those products in this district, provides advertising in this
3  district targeted to this district's residents, and maintains a network of authorized
4  distribution arrangements with retailers in this district for the purpose of selling
5  GIANT products.

6      7.    Ole Sorensen, the inventor of the '184 patent, is an inventor who has
7  spent a lifetime making improved plastic products and solving problems in the
8  manufacture of plastic products including product weight reduction and reduced
9  production cycle time and various strength and quality enhancements.

10     8.    Ole Sorensen's experience and efforts over the last four decades in the
11 plastics industry have resulted in more than 65 United States Patents, many of which
12 have been recognized worldwide. His ideas and work have resulted in improved
13 products and manufacturing processes for plastic flower pots, plastic medical
14 devices, tape cassette cases, cable ties, educational toys, food and beverage
15 containers and other plastic products.

16     9.    The '184 patent entitled "Stabilized Injection Molding When Using a
17 Common Mold Part With Separate Complimentary Mold Parts," was issued on June
18 19, 1990.  The '184 patent is one of Ole Sorensen's globally recognized patents,
19 having also been granted in Japan and Europe.

20     10.   The '184 patent provides a long-sought elegant solution to a pervasive
21 problem in the injection molding of hollow plastic products: i.e., how to stabilize the
22 mold parts against relative movement during the highly pressurized injection of
23 melted plastic.

24     11.   This mold part relative movement problem causes misalignment of the
25 mold parts and results in products with walls of uneven thicknesses if not adequately
26 controlled.

27     12.   Ole Sorensen has been awarded several patents for his invention of
28 multiple methods for mold part stabilization that are applicable in different injection

3.

Case No. _____

1    molding situations.

2        13.    The '184 patented method is directed toward stabilizing the mold parts

3    against relative movement during the second injection of injection molding of

4    laminated plastic parts produced sequentially in two cavities made up of at least one

5    common mold part and at least two different complementary mold parts.

6        14.    The '184 patent teaches a method to stabilize the mold parts during the

7    second or later plastic injection by molding one or more stabilizing regions into the

8    first plastic material component(s) that rigidly secure the two mold parts against

9    displacement during the second or later injection.

10       15.    By stabilizing the mold parts against mold part relative movement

11   during the injection process, hollow products may be produced having more

12   controlled dimensions.

13       16.    GIANT has not obtained a license or any other valid authorization for

14   import, sale, or offer for sale in the United States of products manufactured through

15   use of the '184 patented process.

16                            **CLAIM FOR RELIEF**

17                            **(Patent Infringement)**

18       17.    SRDT realleges and incorporates herein by reference paragraphs 1

19   through 16, inclusive, as though fully set forth herein.

20       18.    On information and belief, GIANT has in the past and does presently

21   make, import into, sell or offer for sale within the United States and this District,

22   products for which the two plastic component external plastic shells are

23   manufactured through processes which incorporate all elements of the '184 patented

24   process.   Those products identified in the following table and any other GIANT

25   products sold under any name which are manufactured utilizing similar processes,

26   including but not limited to, any other product  manufactured using the same

27   injection mold as any of the products identified in the following table, are

28   collectively referred to herein as "Accused Products":

                                        4.

a.    Motorola Talkabout Two-Way Radio T6500;

b.    Motorola Talkabout Two-Way Radio T6550;

c.    Motorola Talkabout Two-Way Radio T5920/5950;

d.    Motorola Talkabout Two-Way Radio T5550; and

e.    Motorola Talkabout Two-Way Radio T4900.

19.    GIANT sells all these Accused Products within the United States under the Motorola trademark.

20.    Upon information and belief, GIANT controls the nature and quality of the Accused Products and manufactures these products in accordance with its design and product specifications.

21.    GIANT possesses or can obtain the manufacturing process information for the Accused Products.

22.    GIANT has been on constructive notice of the '184 patent since its issuance on June 19, 1990.

23.    By counsel's letter of October 21, 2004, SRDT placed GIANT on actual notice of the '184 patent.

25.    SRDT's counsel's letter of October 21, 2004 provided GIANT with Drawing Number D-5429 and associated claim chart showing the substantial likelihood pursuant to 35 U.S.C. § 295, of the infringement of the '184 patented process by the import, sale and/or offer for sale in this District and the United States of the identified Accused Products and all other GIANT products manufactured with processes which incorporate the elements of the '184 patent.

26.    The evidence provided to GIANT in the letter of October 21, 2004, including the drawings and related claim charts, illustrate how the processes utilized to produce the Accused Products incorporated each element of the '184 patent claims.

27.    The letter of October 21, 2004, included the results of expert analysis of the apparent injection molding process used to make the Accused Products.

5.

Case No. _____

28.    The letter of October 21, 2004, also provided GIANT with a copy of the '184 patent.

29.    As of the date of filing of this Complaint, SRDT has discovered five GIANT products for which, on information and belief, there is a substantial likelihood pursuant to 35 U.S.C. § 295, of the infringement of the '184 patented process by the import, sale and/or offer for sale in this District and the United States and identified by name and product number in the table included within paragraph 17 hereinabove.

30.    GIANT has been advised of the identity of the Accused Products and has not produced evidence demonstrating that any of the Accused Products are not fabricated utilizing a process that infringes the '184 patent.

Motorola Talkabout Two-Way Radio T6500 ("T6500 Radio")

31.    The external plastic shells of the T6500 Radios are plastic products.

32.    The external plastic shells of the T6500 Radios are thin-walled products.

33.    The external plastic shells of the T6500 Radios are hollow products.

34.    The external plastic shells of the T6500 Radios are concave.

35.    Some portions of the walls of the external plastic shells of the T6500 Radios are less than 5.0 mm in thickness.

36.    On information and belief, external plastic shells of the T6500 Radios are produced by cyclic injection molding.

37.    The external plastic shells of the T6500 Radios have a closed end in accordance with the '184 patent.

38.    The external plastic shells of the T6500 Radios have an open end in accordance with the '184 patent.

39.    The external plastic shells of the T6500 Radios have laminated walls in accordance with the '184 patent.

6.

40.    The laminated walls of each of the external plastic shells of the T6500 Radios terminate in a rim at an open end in accordance with the '184 patent.

41.    The external plastic shells of the T6500 Radios are molded utilizing a first mold cavity and a second mold cavity.

42.    On information and belief, the first mold cavity utilized to mold each of the external plastic shells of the T6500 Radios is formed of at least one first common mold part and at least one first complementary mold part.

43.    On information and belief, the second mold cavity utilized to mold each of the external plastic shells of the T6500 Radios is formed of at least one first common mold part and at least one second complementary mold part.

44.    On information and belief, the steps described in the following paragraphs 45 through 56, inclusive, are followed in production of each of the external plastic shells of the T6500 Radios:

45.    On information and belief, the first common mold part and the first complementary mold part are combined to assemble the first mold cavity in production of the external plastic shells of the T6500 Radios.

46.    On information and belief, a first plastic material is injected into the first mold cavity in production of the external plastic shells of the T6500 Radios.

47.    On information and belief, the injected first plastic material is solidified to form a first plastic material component in production of the external plastic shells of the T6500 Radios.

48.    On information and belief, the first common mold part and the second complementary mold part are combined to assemble the second mold cavity in production of the external plastic shells of the T6500 Radios, with the first plastic material component attached to the first common mold part during assembly of the second mold cavity.  The first plastic material component is then contained within the second mold cavity.

49.    On information and belief, a second plastic material having different

7.

Case No. _____

1  characteristics than the first plastic material is injected into the second mold cavity in
2  production of the external plastic shells of the T6500 Radios.

3      50.    On information and belief, after the second plastic material is injected, it
4  solidifies to form a second plastic material component that fuses with the first plastic
5  material component to produce the external plastic shells of the T6500 Radios.

6      51.    On information and belief, the first plastic material component has one
7  or more stabilizing regions in accordance with the '184 patent.

8      52.    On information and belief, the stabilizing regions in the first plastic
9  material component rigidly secure the first common mold part, in position in relation
10  to the second complementary mold part in production of the external plastic shells of
11  the T6500 Radios.

12      53.    On information and belief, the stabilizing regions of the first plastic
13  material component restrict displacement of the first common mold part in relation to
14  the second complementary mold part that would otherwise result from the injection
15  pressure of the second plastic material during injection into the second mold cavity
16  in production of the external plastic shells of the T6500 Radios.

17      54.    On information and belief, the stabilization during the injection of the
18  second plastic material allows the external plastic shells of the T6500 Radios, to be
19  produced with improved control of dimensions.

20      55.    On information and belief, the first plastic material of the external
21  plastic shells of the T6500 Radios reaches the rim of the product in accordance with
22  the '184 patent.

23      56.    On information and belief, the second plastic material of the external
24  plastic shells of the T6500 Radios reaches the rim of the T6500 Radios.

25  <u>Other Accused Products</u>

26      57.    On information and belief, the Motorola Talkabout Two-Way Radio
27  T6550 have the same characteristics and are manufactured in the same manner as the
28  T6500 Radios, as described in paragraphs 31 through 56, above.

8.

Case No. _____

58.    On information and belief, the Motorola Talkabout Two-Way Radio T5920/5950 have the same characteristics and are manufactured in the same manner as the T6500 Radios, as described in paragraphs 31 through 56, above.

59.    On information and belief, the Motorola Talkabout Two-Way Radio T5550 have the same characteristics and are manufactured in the same manner as the T6500 Radios, as described in paragraphs 31 through 56, above.

60.    On information and belief, the Motorola Talkabout Two-Way Radio T4900 have the same characteristics and are manufactured in the same manner as the T6500 Radios, as described in paragraphs 31 through 56, above.

61.    SRDT provided GIANT with an opportunity to prove that it was not using the '184 process.  Pursuant to 35 U.S.C. § 295, SRDT requested that GIANT provide information about the manufacturing process for the Accused Products that could either prove or disprove the use of the '184 patented process.

62.    SRDT also offered to negotiate a license with GIANT for its use of the '184 patent in the event that GIANT could not demonstrate that it was not using the '184 patented process in making the Accused Products.

63.    Despite the evidence of patent infringement, GIANT has not procured a license for its use of the '184 patent.

64.    On information and belief, GIANT has had a continuing affirmative duty to investigate allegations of infringement, and to not to infringe the '184 patent at least since it was first placed on notice of the '184 patent and its infringement.

66.    As of the filing date of this Complaint, GIANT has not provided verified specific manufacturing process information for the Accused Products though requested to do so by SRDT in accordance with 35 U.S.C. § 295.

67.    On information and belief, the GIANT products which infringe the '184 patent include the Accused Products identified hereinabove, and may include additional products, of which SRDT is not presently aware, which will be identified

9.

1    when SRDT becomes aware of them.

2        68.    On information and belief, GIANT continues to make, use, sell and/or

3    offer for sale within the United States and this District, and import into the United

4    States GIANT products using the '184 patent process, without authority to do so, in

5    violation of 35 U.S.C. § 271, knowing such to be an infringement of the '184 patent,

6    and in wanton and willful disregard of SRDT's '184 patent rights.

7        69.    On information and belief, GIANT continues to contribute to

8    infringement of the '184 patent and induces others to infringe the '184 patent by

9    virtue of making, selling, using and/or offering for sale within the United States and

10   this District, and importing into the United States, GIANT products manufactured

11   using the '184 patent process in wanton and willful disregard of SRDT's '184 patent

12   rights.

13       70.    On information and belief, the conduct of GIANT in willfully

14   continuing to infringe the '184 patent, and to contribute to infringement and induce

15   others to infringe the '184 patent, by the acts alleged hereinabove despite being on

16   both constructive notice and actual notice, is deliberate, thus making this an

17   exceptional case within the meaning of 35 U.S.C. § 285.

18       71.    On information and belief, SRDT has suffered and is continuing to

19   suffer damages by reason of GIANT infringing conduct alleged hereinabove.  The

20   damages for GIANT's conduct are in an amount that constitutes at least a reasonable

21   royalty for all of GIANT's sales of the Accused Products during the last six years.

22       72.    On information and belief, the reasonable royalty owed to SRDT from

23   GIANT should be calculated at no less than four percent (4%) of gross sales of the

24   Accused Products and according to proof at trial.

25       73.    On information and belief, the reasonable royalty owed to SRDT from

26   GIANT should be trebled on account of willful infringement by GIANT.

27

28                    **PRAYER FOR RELIEF**

                                10.                    Case No. _____

**WHEREFORE,** SRDT prays that judgment be entered as follows:

a.    For a determination that the Accused Processes are presumed to infringe the '184 patent pursuant to 35 U.S.C. § 295;

b.    GIANT is adjudicated and decreed to have infringed the '184 patent;

c.    GIANT is adjudicated and decreed to have contributed to the infringement of the '184 patent and to have induced others to infringe the '184 patent;

e.    GIANT is ordered to account for damages adequate to compensate SRDT for the infringement of '184 patent, their contributory infringement of the '184 patent, and their inducement of infringement of the '184 patent, in the amount no less than four percent (4%) of gross sales as reasonable royalties for all sales of Accused Products for the past six years and according to proof at trial, and such damages are awarded to SRDT;

f.    Such damages as are awarded are trebled by the Court pursuant to 35 U.S.C. § 284 by reason of the willful, wanton, and deliberate nature of the infringement;

g.    That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

h.    For interest thereon at the legal rate;

i.    For costs of suit herein incurred;

j.    For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

SRDT respectfully requests that its claims be tried to a jury.

//

//

Case No. _____

1   DATED this 31st day of October 2007.

2

3                                   JENS ERIK SORENSEN, as Trustee of
                                    SORENSEN RESEARCH AND DEVELOPMENT
4                                   TRUST, Plaintiff

5

6

7                                   Melody A. Kramer, Esq.
                                    J. Michael Kaler, Esq.
8                                   Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    12.                    Case No. _____

# EXHIBIT A

# United States Patent [19]

## Sorensen

[11]  Patent Number:  4,935,184

[45]  Date of Patent:  Jun. 19, 1990

[54] STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENTARY MOLD PARTS

[75] Inventor: Jens O. Sorensen, Rancho Santa Fe, Calif.

[73] Assignee: Primtec, Rancho Santa Fe, Calif.

[21] Appl. No.: 386,012

[22] Filed: Jul. 27, 1989

### Related U.S. Application Data

[63] Continuation of Ser. No. 152,670, Feb. 5, 1988, abandoned.

[51] Int. Cl.⁵ ............................... B29C 45/16
[52] U.S. Cl. ........................ 264/246; 264/255; 264/328.8; 425/129.1
[58] Field of Search ........... 264/245, 246, 255, 328.1, 264/328.8, 328.11, 328.12; 425/127, 129.1, 130

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,543,338 | 12/1970 | Cooper | 264/246 |
| 3,737,272 | 6/1973 | Segmuller | 425/248 |
| 3,832,110 | 8/1974 | Field | 425/130 |
| 4,381,275 | 4/1983 | Sorensen | 264/328.8 |
| 4,422,995 | 12/1983 | Schad | 425/129.1 |
| 4,459,256 | 7/1984 | Ziegler | 264/242 |
| 4,508,676 | 4/1985 | Sorensen | 264/328.8 |

#### FOREIGN PATENT DOCUMENTS

17577  1/1972  Australia .

### OTHER PUBLICATIONS

Promat 100–100/100, Nestal.

Primary Examiner—Jill L. Heitbrink
Attorney, Agent, or Firm—Edward W. Callan

[57]  ABSTRACT

A process for injection molding plastic products having a closed end and an open end with laminated walls terminating in a rim at the open end. A first common mold part is combined with a first complementary mold part to assemble a first mold cavity in which the first plastic material is injected until it reaches the portion of the first mold cavity that defines the rim of the product. Portions of the first complementary mold part contact portions of the first common mold part to rigidly secure the mold parts in position to impede movement of the mold parts in relation to each other in order to impede movement of the mold parts in relation to each other during injection of a first plastic material into the first mold cavity. The first plastic material is shaped such that when it is contained after solidification in a second mold cavity it provides one or more stabilizing regions that rigidly secure the first common mold part in position in relation to the second complementary mold part in order to impede movement of such mold parts in relation to each other during the injection of a second plastic material into the second mold cavity. A second plastic material having different characteristics than the first plastic material is injected until it reaches the portion of the second mold cavity that defines the rim of the product to form a laminated wall.

10 Claims, 5 Drawing Sheets



FW 002



FIG. IA



FIG. IB

FW 003

**U.S. Patent**   Jun. 19, 1990   Sheet 2 of 5   **4,935,184**



FIG. 2A

FIG. 2B

FW 004

U.S. Patent     Jun. 19, 1990     Sheet 3 of 5     4,935,184



FIG. 3B

FIG. 3D

FIG. 3A

FIG. 3C

FW 005

**U.S. Patent**    Jun. 19, 1990    Sheet 4 of 5    **4,935,184**

FIG. 4



FIG. 5



FW 006

U.S. Patent      Jun. 19, 1990      Sheet 5 of 5      4,935,184



FIG. 6



FIG. 7

FW 007

4,935,184

1

## STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENTARY MOLD PARTS

This is a continuation of co-pending application Ser. No. 07/152,670 filed on Feb. 5, 1988 now abandoned.

## BACKGROUND OF THE INVENTION

The present invention generally pertains to injection molding of plastic products and is particularly directed to stabilizing the dimensions of mold cavities during the injection steps when using a common mold part and at least two complementary mold parts to assemble separate mold cavities for receiving separate injections of plastic materials to produce a thin-walled, hollow plastic product.

The use of a common mold part with at least two complementary mold parts to provide separate mold cavities for receiving separate injections of plastic materials for producing a hollow plastic product is known. In one known prior art method of cyclic injection molding a hollow plastic product, a first mold cavity is defined by a first common mold part and a first complementary mold part and a second mold cavity is defined by the first common mold part and a second complementary mold part. The method includes the steps of:

(a) combining the first common mold part with the first complementary mold part to assemble the first mold cavity;

(b) injecting a first plastic material into the first mold cavity;

(c) solidifying the injected first plastic material to form a first plastic material component;

(d) combining the first common mold part with the second complementary mold part to assemble the second mold cavity with the first plastic material component attached to the first common mold part so that when the second mold cavity is assembled the first plastic material component is contained within the second mold cavity;

(e) injecting a second plastic material into the second mold cavity while the first plastic material component is contained therein; and

(f) solidifying the injected second plastic material so as to form a second plastic material component that fuses with the first plastic material component to produce a hollow plastic product.

It also is known to expand upon this method by further using a third mold cavity defined by a second common mold part and the first complementary mold part, and a fourth mold cavity defined by the second common mold part and the second complementary mold part. The method further includes the steps of:

(h) during step (d), combining the second common mold part with the first complementary mold part to assemble the third mold cavity;

(i) during step (e), injecting a third plastic material into the third mold cavity;

(j) during step (f), solidifying the injected third plastic material to form a third plastic material component;

(k) during step (a), combining the second common mold part with the second complementary mold part to assemble the fourth mold cavity with the third plastic material attached to the second common mold part so that when the fourth mold cavity is assembled the third plastic material is contained within the fourth mold cavity;

2

(l) during step (b), injecting the fourth plastic material into the fourth mold cavity while the solidified third plastic material is contained therein; and

(m) during step (c), solidifying the injected fourth plastic material so as to form a fourth plastic material component that fuses with the third plastic material to produce a second said hollow plastic product.

This method has been used for producing hollow plastic products having composite walls of separately injected plastic materials. In performing such method, the first plastic material is injected until it reaches the parting line between the first common mold part and the first complementary mold part; the second plastic material is injected until it reaches the parting line between the first common mold part and the second complementary mold part; the third plastic material is injected until it reaches the parting line between the second common mold part and the first complementary mold part; and the fourth plastic material is injected until it reaches the parting line between the second common mold part and the second complementary mold part.

Typically, all four plastic materials are the same.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for injecting molding hollow, thin-walled plastic products, having a closed end and an open end with laminated walls terminating in a rim at the open end, where relative movement between the common mold part and the complementary mold parts is impeded during injection of the plastic materials.

According to the present invention, the first and second plastic materials have different characteristics, and in the injection molding method described above, the step of solidifying the injected first plastic material to form the first plastic material component (step (c)) includes the step of

(g) shaping the first plastic material component such that when the first plastic material component is so contained in the second mold cavity the first plastic material component provides one or more stabilizing regions that rigidly secure the first common mold part in position in relation to the second complementary mold part in order to impede movement of the first common mold part in relation to the second complementary mold part during the injection of the second plastic material into the second mold cavity, to thereby produce a thin-walled plastic product having controlled dimension in that the wall-thickness dimensions of the second mold cavity are stabilized by the stabilizing regions.

The step of injecting the first plastic material into the first mold cavity (step (b)) includes the step of

(h) injecting the first plastic material until it reaches the portion of the first mold cavity that defines the rim of the product; and

the step of injecting the second plastic material into the second mold cavity (step (e)) includes the step of

(i) injecting the second plastic material until it reaches the portion of the second mold cavity that defines the rim of the product.

When the method of the present invention utilizes two common mold cavities, such as described above, the step of solidifying the injected third plastic material to form the third plastic material component (step (j)) includes the step of shaping the third plastic material component such that when the third plastic material

FW 008

4,935,184

**3**

component is so contained in the fourth mold cavity the solidified third plastic material provides one or more stabilizing regions that rigidly secure the second common mold part in position in relation to the second complementary mold part in order to impede movement of the second common mold part in relation to the second complementary mold part during the injection of the fourth plastic material into the fourth mold cavity, to thereby produce a second thin-walled plastic product having controlled dimensions.

The method of the present invention may also be used for molding a product having a side wall including an approximately longitudinal strip that may be transparent to provide a transparent window in the side wall. This feature is particularly advantageous when it is desired to provide a longitudinal window in the side wall in order to monitor the level of a substance, such as a fluid, contained in the plastic product. In one embodiment, the first plastic material component is shaped to provide at least one stabilizing region that is transverse to a parting line between the first common mold part and the first complementary mold part, whereby the longitudinal strip is defined by the transverse stabilizing region. A transparent window is provided in the side wall by injecting a transparent first plastic material into the first mold cavity. A nontransparent second plastic material is injected into the second mold cavity to provide a nontransparent background for printing in the remainder of the side wall. In an alternative embodiment, the first plastic material component is shaped such that when the first plastic material component is contained in the second mold cavity, the second mold cavity defines at least one unfilled cavity region that is transverse to a parting line between the first common mold part and the second complementary mold part, whereby the longitudinal strip is defined by the unfilled transverse cavity region. In this embodiment, a transparent window is provided in the side wall by injecting a transparent second plastic material into the second mold cavity; and a nontransparent first plastic material is injected into the first mold cavity to provide a nontransparent background for printing in the remainder of the side wall.

In another aspect of the method of the present invention, the step of shaping the first plastic material component (step (g)) may further include the step of providing a first complementary mold part that is dimensioned in relation to the first common mold part such that when combined with the first common mold part to assemble the first mold cavity, portions of the first complementary mold part contact portions of the first common mold part to rigidly secure the first common mold part in position in relation to the first complementary mold part in order to impede movement of the first common mold part in relation to the first complementary mold part during the injection of the first plastic material into the first mold cavity.

The present invention further provides apparatus for performing the method of the present invention and hollow, thin-walled plastic products molded according to the method of the present invention.

Additional features of the present invention are described in relation to the description of the preferred embodiments.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1A and 1B are sectional views illustrating a first mold cavity assembled by combining a first com-

**4**

mon mold part with a first complementary mold part. FIG. 1A is a top sectional view taken along lines A—A in FIG. 1B; and FIG. 1B is a side sectional view taken along lines B—B in FIG. 1A. FIGS. 1A and 1B further show the first plastic material injected into the first mold cavity.

FIGS. 2A and 2B are sectional views illustrating a second mold cavity assembled by combining the first common mold part of FIGS. 1A and 1B with a second complementary mold part. FIG. 2A is a top sectional view taken along lines A—A in FIG. 2B; and FIG. 2B is a side sectional view taken along lines B—B in FIG. 2A. FIGS. 2A and 2B further show the first plastic material component contained in the second mold cavity and the second plastic material injected into the second mold cavity.

FIGS. 3A through 3D illustrate a series of steps in the performance of a preferred embodiment of the method of the present invention.

FIG. 4 illustrates a first plastic material component formed in an alternative embodiment of the method of the present invention.

FIG. 5 is a sectional view illustrating a second mold cavity containing the first plastic material component of FIG. 4. FIG. 5 also is a sectional view illustrating a product molded according to such alternative embodiment of the method of the present invention.

FIG. 6 illustrates a first plastic material component formed in a further alternative embodiment of the method of the present invention.

FIG. 7 is a sectional view illustrating a second mold cavity containing the first plastic material component of FIG. 6. FIG. 7 also provides a sectional view of a product molded according to such further alternative embodiment of the method of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS. 1A and 1B the apparatus of a preferred embodiment of the present invention includes a first common mold part 10 and first complementary mold part 12. The first common mold part 10 is combined with a first mold cavity 14. The first complementary mold part 12 is dimensioned in relation to the first common mold part 10 such that when so combined with the first common mold part 10 to assemble the first mold cavity 14, portions 16 of the first complementary mold part 12 contact portions 18 of the first common mold part 10 to rigidly secure the first common mold part 10 in position in relation to the first complementary mold part 12 in order to impede movement of the first common mold part 10 in relation to the first complementary mold part 12 during injection of the first plastic material 20 into the first mold cavity 14. The first plastic material 20 is injected into the mold cavity 14 through a gate 22 and a runner 24 in the first complementary mold part 12.

The injected first plastic material 20 is solidified to form a first plastic material component 20 by cooling the injected first plastic material in the first mold cavity 14, whereby the first plastic material component 20 is shaped in accordance with the dimensions of the first mold cavity 14. In an alternative embodiment, the first plastic material component may be further shaped following removal of the first complementary mold part 12.

FW 009

4,935,184

5

Referring to FIGS. 2A and 2B the apparatus of a preferred embodiment of the present invention includes a second complementary mold part 26. The first common mold part 10 is combined with the second complementary mold part 26 to assemble a second mold cavity 28 with the first plastic material component 20 attached to the first common mold part 10, so that when the second mold cavity 28 is assembled, the first plastic material component 20 is contained within the second mold cavity 28.

The first plastic material component 20 is shaped such that when the first plastic material component 20 is so contained in the second mold cavity 28 the first plastic material component 20 provides one or more stabilizing regions 30 that rigidly secure the first common mold part 10 in position in relation to the second complementary mold part 26 in order to impede movement of the first common mold part 10 in relation to the second complementary mold part 26 during the insertion of a second plastic material 32 into the second mold cavity 28.

The second plastic material 32 is injected into the second mold cavity 28 through a gate 34 and a runner 36 in the second complementary mold part 26 while the first plastic material component 20 is contained in the second mold cavity 28.

The injected second plastic material 32 is solidified by cooling in the second mold cavity 28 so as to form a second plastic material component 32 that fuses with the first plastic material component 20 to produce thin-walled hollow plastic product 38 having controlled dimensions.

A preferred embodiment of a method of cyclic injection molding of hollow, thin-walled plastic products according to the present invention, utilizing two common mold parts and two complementary mold parts to provide four mold cavities is described with reference to FIGS. 3A through 3D.

Referring to FIG. 3A, a second common mold part 40 is combined with the first complementary mold part 12 to assemble a third mold cavity 42; while at the same time the first common mold part 10 is combined with the second complementary mold part 26 to assemble a second mold cavity 28, with the first plastic material component 18 attached to the first common mold part 10, so that when the second mold cavity 28 is assembled, the first plastic material component 20 is contained within the second mold cavity 28. The formation of the first plastic material component 20 is discussed above in relation to FIGS. 1A and 1B.

A third plastic material 44, which may be the same as the first plastic material 20, is injected into the third mold cavity 42 through the gate 22 and the runner system 24 contained in the first complementary mold part 12; while at the same time, the second plastic material 32 is injected into the second mold cavity 28 through the gate 34 and a runner system 36 contained in the second complementary mold part 26.

The injected third plastic material 44 is solidified by cooling in the third mold cavity 42 to form a third plastic material component 44; while at the same time the injected second plastic material 32 is solidified by cooling in the second mold cavity 28 so as to form the second plastic material component 28 that fuses with the first plastic material component 20 to produce the hollow, thin-walled plastic product 38.

Referring to FIG. 3B, the first common mold part 10 and the second common mold part 40 are separated

6

from the second complementary mold part 26 and the first complementary mold part 12 respectively; and the molded hollow, thin-walled plastic product 38 is ejected from first common mold part 10, while the third plastic material component 44 is retained on the third common mold part 40. The positions of the first common mold part 10 and the second common mold part 40 are then interchanged from those shown in FIG. 3B to those shown in FIG. 3C.

Referring to FIG. 3C, the first common mold part 10 is combined with the first complementary mold part 12 to assemble the first mold cavity 14; while at the same time the second common mold part 40 is combined with the second complementary mold part 26 to assemble a fourth mold cavity 48, with the first plastic material component 44 attached to the third common mold part 40, so that when the fourth mold cavity 48 is assembled, the third plastic material component 44 is contained within the fourth mold cavity 48. The formation of the third plastic material component 44 is discussed above in relation to FIG. 3A.

The first plastic material 20, which may be the same as the third plastic material 44, is injected into the first mold cavity 14 through the gate 22 and the runner system 24 contained in the first complementary mold part 12; while at the same time, a fourth plastic material 50, which may be identical to the second plastic material 32, is injected into the fourth mold cavity 48 through the gate 34 and a runner system 36 contained in the second complementary mold part 26.

The injected first plastic material 20 is solidified by cooling in the first mold cavity 14 to form another first plastic material component 20; while at the same time the injected fourth plastic material 50 is solidified by cooling in the fourth mold cavity 48 so as to form the second plastic material component 48 that fuses with the third plastic material component 44 to produce a second hollow, thin-walled plastic product 52.

Referring to FIG. 3D, the first common mold part 10 and the second common mold part 40 are separated from the first complementary mold part 12 and the second complementary mold part 26 respectively; and the second molded hollow, thin-walled plastic product 52 is ejected from second common mold part 40, while the first plastic material component 20 is retained on the first common mold part 10. The positions of the first common mold part 10 and the second common mold part 40 are then interchanged from those shown in FIG. 3D to those shown in FIG. 3A, and the cycle is repeated.

As described above, the first plastic material component 20 is shaped such that when the first plastic material component 20 is contained in the second mold cavity 28, the first plastic material component 20 provides one or more stabilizing regions 30 that rigidly secure the first common mold part 20 in position in relation to the second complementary mold part 26 in order to impede movement of the first common mold part 10 in relation to the second complementary mold part 26 during injection of the second plastic material 32 into the second mold cavity 28;

Likewise, the third plastic material component 44 is shaped such that when the third plastic material component 44 is contained in the fourth mold cavity 48, the third plastic material component 44 provides one or more stabilizing regions that rigidly secure the second common mold part 40 in position in relation to the second complementary mold part 26 in order to impede

FW 010

4,935,184

7

movement of the second common mold part 40 in relation to the second complementary mold part 26 during injection of the fourth plastic material 50 into the fourth mold cavity 48.

The method described above with reference to FIGS. 3A through 3D may be used for producing hollow, thin-walled plastic products having laminated walls of different plastic materials. In performing such method, the first plastic material 20 is injected until it reaches a parting line 54 between the first common mold part 10 and the first complementary mold part 12 (FIG. 3C); and the second plastic material 32 is injected until it reaches a parting line 56 between the first common mold part 10 and the second complementary mold part 26 (FIG. 3A). Likewise, the third plastic material 44 is injected until it reaches a parting line 58 between the second common mold part 40 and the first complementary mold part (FIG. 3A); and the fourth plastic material 50 is injected until it reaches a parting line 60 between the second common mold part 40 and the second complementary mold part 26.

Referring to FIGS. 4 and 5, the method of the present invention also may be used for molding a product 62 having a side wall 64 including at least one approximately longitudinal strip that may be transparent to thereby provide a transparent window in the side wall 64.

In one embodiment, the first plastic material component 66 is shaped to provide at least one stabilizing region 68 that is transverse to a parting line 54 (FIG. 3C) between the first common mold part 10 and the first complementary mold part 12, whereby each longitudinal strip is defined by a transverse stabilizing region 68. The stabilizing regions 68 need not extend all the way to the parting line 54. A transparent window is provided in the side wall 64 by injecting a transparent first plastic material into the first mold cavity to provide the first plastic material component 66. A nontransparent second plastic material 72 is injected into the second mold cavity 74 to provide a nontransparent background for printing in the remainder of the side wall 64.

In an alternative embodiment, the first plastic material component 66 is shaped such that when the first plastic material component 66 is contained in the second mold cavity 74, the second mold cavity 74 defines at least one unfilled cavity region 72 that is transverse to a parting line 56 (FIG. 3A) between the first common mold part 10 and the second complementary mold part 26, whereby longitudinal strips may be provided in the unfilled transverse cavity regions 72. The unfilled transverse cavity regions 72 need not extend all the way to the parting line 56. In this embodiment, transparent windows are defined in the side wall 64 by injecting a transparent second plastic material into the second mold cavity 74 to fill the transverse cavity regions 72. Prior thereto, a nontransparent first plastic material is injected into the first mold cavity to form the first plastic material component 66 and thereby provide a nontransparent background for printing in the remainder of the side wall 64.

Referring to FIGS. 6 and 7, in a further preferred embodiment, the first plastic material component 82 that is shaped as shown in FIG. 6 to include a plurality of symmetrically disposed stabilizing regions 84, which extend approximately longitudinally over a portion of the side wall 86 of the molded product 88. The first plastic material component 82 is molded in a first mold cavity in accordance with the teaching of applicant's

8

U.S. Pat. application No. 7,463, filed Jan. 26, 1987 and in accordance of the above description to the extent that such description is compatible with the teaching of application Ser. No. 7,463. After the first plastic material component 82 is formed in a first mold cavity, which is assembled by combining a first complementary mold part 12 and a first common mold part 10, the first plastic material component 82 is retained on the first common mold part 10 while the first common mold part 10 is combined with a second complementary mold part 26 to assemble a second mold cavity 90, as shown in FIG. 7.

Referring to FIG. 7, the first plastic material component 82 is shaped such that when the first plastic material component 82 is contained in the second mold cavity 90, the first plastic material component 82 provides one or more stabilizing regions 84 that rigidly secure the first common mold part 10 in position in relation to the second complementary mold part 26 in order to impede movement of the first common mold part 10 in relation to the second complementary mold part 26 during injection of the second plastic material 92 into the second mold cavity 90.

The injected second plastic material 92 is solidified by cooling in the second mold cavity 90 to form a second plastic material component 92 that fuses with the first plastic material component 82 to produce the hollow, thin-walled, plastic product 88. The side wall 86 of the molded product 88 thus includes two layers of plastic 82, 92. The molded product 88 has controlled dimensions, is generally shaped as shown in FIG. 6, and has a lateral cross section as shown in FIG. 7. The side wall 86 of the molded product thus includes two layers of plastic 82, 92.

The stabilizing regions 84 have a wall thickness equal to the thickness of the side wall 86 and are transverse to the parting line 56 (FIG. 3A) between the first common mold part 10 and the second complementary mold part 26 to thereby provide longitudinal transparent windows 84 in the side wall 86. The stabilizing regions 84 need not extend all the way to the parting line 56. In a preferred embodiment of this product, the other side-wall layer 90 is nontransparent and extends throughout the majority of the side wall 86.

The present invention may be modified from the embodiments illustrated and described above. The common mold parts may be cavity mold parts instead of core mold parts, as illustrated and described herein. In addition, injections of plastic material into any given mold cavity may be made through more than one gate. Also, injections of plastic materials may be made into more than two mold cavities simultaneously, whereby the number of mold cavities included in the mold may be a multiple of the number of separate mold cavities required to produce a single product. For example, when using the method described and illustrated herein for producing a product composed of two plastic material components formed following injection of plastic material into two separate mold cavities, the number of mold cavities included in the mold may be any multiple of two, i.e. 2, 4, 6, etc.

The present invention also can be used to mold products including more than two plastic material components formed following injection of plastic material into more than two separate mold cavities. In an embodiment requiring three separate mold cavities, a third complementary mold part is used, and the fused first and second plastic material components are retained on

4,935,184

9

the first common mold part when the first common mold part is combined with the third complementary mold part to assemble the third mold cavity, with the fused first and second mold parts being shaped to stabilize the common mold in relation to the third complementary mold part during injection of a third plastic material into the third mold cavity.

The core-stabilization techniques described in applicant's U.S. Pat. Nos. 4,381,275 and 4,508,676; U.S. Pat. No. 3,737,272 to Stegmeier; and in Australian Patent Specification 17,577/70 filed by Ryles and published Jan. 20, 1972 may be used to stabilize the common mold part in relation to the first complementary mold part during the injection of the first plastic material in lieu of the technique described above with relation to FIGS. 1A and 1B.

The first and second plastic materials may be either the same material or different materials. It is sometimes advantageous to use first and second plastic materials having different physical characteristics. For example, the present invention is ideally suited for molding a hollow, thin-walled plastic product in which the side wall must provide both a moisture barrier and a gas (such as Oxygen) barrier. To mold such a product, a plastic material having a desirable moisture-barrier characteristic is selected as one of the injected plastic materials; and a plastic material having a desirable gas-barrier characteristic is selected as the other injected plastic material.

I claim:

1. A method of cyclic injection molding a thin-walled hollow, plastic product having a closed end and an open end with laminated walls terminating in a rim at the open end, utilizing a first mold cavity and a second mold cavity, the first mold cavity being defined by a first common mold part and a first complementary mold part, and the second mold cavity being defined by the first common mold part and a second complementary mold part, the method comprising the steps of

(a) combining the first common mold part with the first complementary mold part to assemble the first mold cavity;

(b) injecting a first plastic material into the first mold cavity;

(c) solidifying the injected first plastic material to form a first plastic material component;

(d) combining the first common mold part with the second complementary mold part to assemble the second mold cavity with the first plastic material component attached to the first common mold part so that when the second mold cavity is assembled the first plastic material component is contained within the second mold cavity;

(e) injecting a second plastic material having different characteristics than the first plastic material into the second mold cavity while the first plastic material component is contained therein; and

(f) solidifying the injected second plastic material so as to form a second plastic material component that fuses with the first plastic material component to produce a hollow plastic product;

wherein step (c) comprises the step of

(g) shaping the first plastic material component such that when the first plastic material component is so contained in the second mold cavity the first plastic material component provides one or more stabilizing regions that rigidly secure the first common mold part in position in relation to the second com-

plementary mold part in order to impede movement of the first common mold part in relation to the second complementary mold part during step (e), to thereby produce a thin-walled plastic product having controlled dimensions;

wherein step (b) comprises the step of

(h) injecting the first plastic material until it reaches the portion of the first mold cavity that defines the rim of the product; and

wherein step (e) comprises the step of

(i) injecting the second plastic material until it reaches the portion of the second mold cavity that defines the rim of the product.

2. A method according to claim 1 for molding a product having a side wall including an approximately longitudinal strip, wherein step (g) comprises shaping the first plastic material component to provide at least one said stabilizing region that is transverse to a parting line between the first common mold part and the first complementary mold part, whereby said longitudinal strip is defined by said transverse stabilizing region.

3. A method according to claim 2,

wherein step (b) comprises injecting a said first plastic material that is transparent, whereby said strip defines a transparent window in the side wall; and

wherein step (e) comprises injecting a said second plastic material that is nontransparent.

4. A method according to claim 1 for molding a product having a side wall including an approximately longitudinal strip, wherein step (g) comprises shaping the first plastic material component such that when the first plastic material component is contained in the second mold cavity, the second mold cavity defines at least one unfilled transverse region that is transverse to a parting line between the first common mold part and the second complementary mold part, whereby said longitudinal strip is defined by said unfilled transverse cavity region.

5. A method according to claim 4,

wherein step (b) comprises injecting a said first plastic material that is nontransparent; and

wherein step (e) comprises injecting a said second plastic material that is transparent, whereby said strip defines a transparent window in the side wall.

6. A method according to claim 1, for cyclic injection molding a plurality of thin-walled, hollow, plastic products, further utilizing a third mold cavity and a fourth mold cavity, the third mold cavity being defined by a second common mold part and the first complementary mold part, and the fourth mold cavity being defined by the second common mold part and the second complementary mold part, the method further comprising the steps of:

(h) during step (d), combining the second common mold part with the first complementary mold part to assemble the third mold cavity;

(i) during step (e), injecting a third plastic material into the third mold cavity;

(j) during step (f), solidifying the injected third plastic material to form a third plastic material component;

(k) during step (a), combining the second common mold part with the second complementary mold part to assemble the fourth mold cavity with the third plastic material attached to the second common mold part so that when the fourth mold cavity is assembled the third plastic material is contained within the fourth mold cavity;

FW 012

4,935,184

11

(l) during step (b), injecting the fourth plastic material into the fourth mold cavity while the solidified third plastic material is contained therein; and

(m) during step (c), solidifying the injected fourth plastic material so as to form a fourth plastic material component that fuses with the third plastic material to produce a second hollow plastic product;

wherein step (l) comprises the step of

(n) shaping the third plastic material component such that when the third plastic material component is so contained in the fourth mold cavity the third plastic material component provides one or more stabilizing regions that rigidly secure the second common mold part in position in relation to the second complementary mold part in order to impede movement of the second common mold part in relation to the second complementary mold part during step (l), to thereby produce a second thin-walled plastic product having controlled dimensions.

7. A method according to claim 6, for producing said products having laminated walls,

wherein step (b) comprises the step of

(o) injecting the first plastic material until it reaches the parting line between the first common mold part and the first complementary mold part;

wherein step (c) comprises the step of

(p) injecting the second plastic material until it reaches the parting line between the first common mold part and the second complementary mold part;

12

wherein step (l) comprises the step of

(q) injecting the third plastic material until it reaches the parting line between the second common mold part and the first complementary mold part; and

wherein step (l) comprises the step of

(r) injecting the fourth plastic material until it reaches the parting line between the second common mold part and the second complementary mold part.

8. A method according to claim 6, wherein the first plastic material is the same as the third plastic material and the second plastic material is the same as the fourth plastic material.

9. A method according to claim 1, wherein step (g) further comprises providing a said first complementary mold part that is dimensioned in relation to the first common mold part such that when so combined with the first common mold part to assemble the first mold cavity, portions of the first complementary mold part contact portions of the first common mold part to rigidly secure the first common mold part in position in relation to the first complementary mold part in order to impede movement of the first common mold part in relation to the first complementary mold part during step (b).

10. A method according to claim 1, further comprising the step of

(j) between steps (c) and (d), separating said first common mold part with the first plastic material component attached thereto from said first complementary mold part without dividing that portion of said first complementary mold part that defines the rim of the product.

* * * * *

5

10

15

20

25

30

35

40

45

50

55

60

65

FW 013

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144243    — BH**

**November 06, 2007
14:02:50**

**Civ Fil Non—Pris**
USAO #.: 07CV2121 CIVIL FILING
Judge..: JOHN A HOUSTON
Amount.:                    $350.00 CK
Check#.: BC# 1232

**Total—>  $350.00**

FROM: SORENSEN V. GIANT INT'L
      CIVIL FILING

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Melody A. Kramer, Kramer Law Office, Inc., 9930 Mesa Rim Rd #1600, San Diego, CA 92121 -- 858/362-3150

## DEFENDANTS

 F I L E D

Giant International, Inc., a Delaware corporation

07 NOV -6 PM 2: 07

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY) COURT

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

07 CV 2121 JAH CAB

Attorneys (If Known)                    BY:              DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 USC 271

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE (see attached)

DOCKET NUMBER

DATE  10/31/07

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 144243    AMOUNT $350 - 84 11/6/07    APPLYING IFP    JUDGE    MAG. JUDGE

CR