

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen as Trustee of
Sorensen Research and
Development Trust

vs

GIANT INTERNATIONAL (USA)
LTD., a Delaware corporation; and
DOES 1-10,

07 NOV -6 PM 2: 07

CLERK, U.S. DISTRICT COURT

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2121 JAH CAB

BY:

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121

An answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.
CLERK

11/6/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\1444.\1 May 5, 1999 (11:34am)