| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11/13/07 |
| NAME OF SERVER  Melody A. Kramer | TITLE  Atty for Plaintiff |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: _____

    ☐ Return unexecuted:

    ☒ Other (specify):  9930 Mesa Rim Rd, Ste 1600, San Diego, CA 92121
                Reg. Agent - Gilliland, Ratz & Browning, PC
                1455 Lincoln Pkwy, Ste 300, Atlanta, GA 30346

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | | SERVICES $6.45 | TOTAL $6.45 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  11/19/07
                Date                Signature of Server

                            9930 Mesa Rim Rd, Ste 1600, San Diego, CA 92121
                            Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ATLANTA, GA 30346

| | |
|---|---|
| Postage | $1.65 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.45 |

Postmark Here — NOV 2007 — 11/09/2007

Sent To: Gilliland, Ratz & Browning, P.C.
Street, Apt. No.; or PO Box No.: 1455 Lincoln Pkwy, Suite 300
City, State, ZIP+4: Atlanta, GA 30346

PS Form 3800, June 2002   See Reverse for Instructions

7003 3110 0003 3011 8720

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Giant International (USA) Ltd
c/o Registered Agent
Gilliland, Ratz & Browning, P.C.
1455 Lincoln Pkwy, Suite 300
Atlanta, GA 30346

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shui Dawkins
C. Date of Delivery: 11/13/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 3011 8720

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**ORIGINAL**

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust
vs
GIANT INTERNATIONAL (USA) LTD., a Delaware corporation; and DOES 1-10,

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2121 JAH CAB

TO: (Name and Address of Defendant)

Giant International (USA) Ltd.
c/o Registered Agent
Gilliland, Ratz & Browning, P.C.
1455 Lincoln Pkwy, Suite 300
Atlanta, GA 30346

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 11/6/07 |
|---|---|
| CLERK | DATE |

By _[signature]_, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)