1  J. CHRISTOPHER JACZKO (149317)
   ALLISON H. GODDARD (211098)
2  JACZKO GODDARD LLP
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:    (858) 404-9205
4  Facsimile:    (858) 225-3500

5  DALE LISCHER (*Pro Hac Vice Pending*)
   ELIZABETH G. BORLAND (*Pro Hac Vice Pending*)
6  KERRI A. HOCHGESANG (*Pro Hac Vice Pending*)
   SMITH, GAMBRELL & RUSSELL, LLP
7  Promenade II, Suite 3100
   1230 Peachtree St. N.E.
8  Atlanta, GA  30309
   Telephone:    (404) 815-3500
9  Facsimile:    (404) 685-6945

10 Attorneys for Defendant
   GIANT INTERNATIONAL (USA) LTD.
11

12
                    **UNITED STATES DISTRICT COURT**
13
              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
14

15 | JENS ERIK SORENSEN, as Trustee of | ) | No. 07-CV-02121-BTM-CAB |
   | SORENSEN RESEARCH AND | ) | |
   | DEVELOPMENT TRUST, | ) | **NOTICE OF PARTY WITH** |
16 | | ) | **FINANCIAL INTEREST** |
   | Plaintiff, | ) | |
17 | | ) | |
   | v. | ) | |
18 | | ) | |
   | GIANT INTERNATIONAL (USA) LTD., | ) | |
19 | a Delaware corporation, and DOES 1-10, | ) | |
   | | ) | |
20 | Defendants. | ) | |
   | | ) | |
21 | ———————————————————— | ) | |
   | | ) | |
22 | GIANT INTERNATIONAL (USA) LTD., a | ) | |
   | Delaware corporation, | ) | |
23 | | ) | |
   | Cross-Complainant, | ) | |
24 | | ) | |
   | v. | ) | |
25 | | ) | |
   | JENS ERIK SORENSEN, as Trustee of | ) | |
26 | SORENSEN RESEARCH AND | ) | |
   | DEVELOPMENT TRUST, | ) | |
27 | | ) | |
   | Cross-Defendant. | ) | |
28 | | ) | |

                            1                  Case No. 07-CV-02121-BTM-CAB

Pursuant to Civil Local Rule 40.2, defendant Giant International (USA) Ltd. ("GIANT") hereby gives notice of the following:

GIANT is 100% owned by Permanent Success Investment Limited, a British Virgin Island business entity, which is 100% owned by Giant Wireless Technology Limited, a Bermuda business entity with a principal place of business in Hong Kong and which is publicly traded on the Singapore Exchange. Giant Wireless Technology Limited is 39.03% owned by Rosebloom Profits Ltd., a British Virgin Islands business entity and 19.09% owned by Exert Investments Ltd., a British Virgin Islands business entity. Rosebloom and Exert are each 100% owned by Elite Industrial Holdings Ltd., a Hong Kong business entity.

Dated:      December 3, 2007                    JACZKO GODDARD LLP

                                                SMITH, GAMBRELL & RUSSELL, LLP


                                                By:      s/Allison H. Goddard
                                                         Allison H. Goddard
                                                         Attorneys for Defendant GIANT
                                                         INTERNATIONAL (USA) LTD.

*Sorensen v. Giant International (USA) Ltd.*

**USDC Case No. 07cv02121 BTM (CAB)**

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of December, 2007, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

/s/  Allison H. Goddard