1    **MELODY A. KRAMER**, SBN 169984
     KRAMER LAW OFFICE, INC.
2    9930 Mesa Rim Road, Suite 1600
3    San Diego, California 92121
     Telephone (858) 362-3150
4
     **J. MICHAEL KALER**, SBN 158296
5    KALER LAW OFFICES
     9930 Mesa Rim Road, Suite 200
6    San Diego, California 92121
     Telephone (858) 362-3151
7
8    Attorneys for Plaintiff JENS ERIK SORENSEN,
     as Trustee of SORENSEN RESEARCH AND
9    DEVELOPMENT TRUST

10

11                    UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13
     JENS ERIK SORENSEN, as Trustee of      )  Case No. 07-CV-02121-BTM-CAB
14   SORENSEN RESEARCH AND                  )
     DEVELOPMENT TRUST,                     )  **CROSS-DEFENDANT'S REPLY TO**
15                                          )  **COUNTERCLAIM**
                                            )
16                          Plaintiff,      )
          v.                                )
17                                          )
     GIANT INTERNATIONAL (USA) LTD., a      )
18   Delaware corporation, and DOES 1-10,   )
                                            )
19                          Defendants.     )
                                            )
20   ─────────────────────────────────     )
                                            )
21   GIANT INTERNATIONAL (USA) LTD., a      )
     Delaware corporation,                  )
22                                          )
                       Cross-Complainant,   )
23                                          )
24        v.                                )
                                            )
25   JENS ERIK SORENSEN, as Trustee of      )
     SORENSEN RESEARCH AND                  )
26   DEVELOPMENT TRUST,                     )
                                            )
27                     Cross-Defendant.     )
                                            )
28   ─────────────────────────────────     )

Plaintiff/Cross-Defendant JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), for its Reply to Defendant/Cross-Complainant GIANT INTERNATIONAL (USA) LTD. ("GIANT") COUNTERCLAIM, replies as follows:

## COUNTERCLAIM FOR DECLARATORY RELIEF

1. On information and belief, admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit the existence of a substantial and continuing justiciable controversy between Giant and Sorensen relating to Sorensen's allegations of infringement of the '184 patent by certain of Giant's products. The remainder of paragraph 7 is denied.

8. Deny.

9. Deny.

10. Deny that Giant will be damaged by being required to pay a reasonable royalty for use of the '184 patent in its products, and deny the remainder of paragraph 10.

11. Admit that Giant seeks the declaration set forth, but deny any entitlement to any portion of the requested declaration.

**WHEREFORE,** SRDT prays that judgment on Giant's Cross-Complaint be entered as follows:

a. For judgment in favor of SRDT and against Giant on all requested relief;

1    b.    That this case is decreed an "exceptional case" and SRDT is awarded

2  reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

3    c.    For costs of suit herein incurred;

4    d.    For such other and further relief as the Court may deem just and proper.

5

6

7  DATED this 4th day of December, 2007.

8

9                                    JENS ERIK SORENSEN, as Trustee of
                                      SORENSEN RESEARCH AND DEVELOPMENT
10                                   TRUST, Plaintiff

11

12                                   /s/ Melody A. Kramer

13                                   _____
                                      Melody A. Kramer, Esq.
14                                   J. Michael Kaler, Esq.
                                      Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Melody A. Kramer declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this Court.

On December 4, 2007, I served on the parties to this action the following documents:

**CROSS-DEFENDANT'S REPLY TO COUNTERCLAIM**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Allison Goddard<br>J. Christopher Jaczko<br>Jaczko Goddard LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>agoddard@jaczkogoddard.com<br>cjaczko@jaczkogoddard.com<br>858-225-3500 FAX | Defendant Giant International (USA) Ltd. | Email – Pleadings Filed with the Court |
| Dale Lischer<br>Elizabeth G. Borland<br>Kerri A. Hochgesang<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree St., N.E.<br>Atlanta, GA  30309<br>404-685-6945 FAX | Defendant Giant International (USA) Ltd. | Email – Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

Case No. 07-CV-02121-BTM-CAB

1

2      ☐   (Email) I emailed a true copy of the foregoing documents to an email address
           represented to be the correct email address for the above noted addressee.
3

4      X   (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
           this document via the CM/ECF system for the United States District Court for the
5          Southern District of California.

6

7      I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday,
       December 04, 2007, in San Diego, California.

8                                                       /s/ Melody A. Kramer

9                                                   _____

10                                                     Melody A. Kramer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-02121-BTM-CAB