1

2

3

4

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

5

6

7

8

**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

9

10

11

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

12

13

14

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  **AMENDED NOTICE OF RELATED CASES** |
|---|---|---|
| Plaintiff | | |
| v. | | |
| GIANT INTERNATIONAL, INC., a Delaware corporation; and DOES 1-10, | | |
| Defendants. | | |

24

25

26

27

28

//

1    Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as
2    TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST
3    ("SRDT"), hereby gives an amended notice of pending cases related to the present
4    case.  Specifically, SRD TRUST gives notice of the following related cases that all
5    arise from alleged infringement of United States Patent Number 4,935,184 ("the '184
6    patent"), whether pending, dismissed, or otherwise terminated:

7

8    *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*
9    *Helen of Troy Texas Corporation, et al*, Case No. not assigned, being filed on or
10   about December 4, 2007.  Consolidation is not recommended because this related
11   case involves different parties and has different, unrelated products at issue.

12

13   *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*
14   *Esseplast (USA) NC, Inc., et al*, Case No. not assigned, being filed on or about
15   December 4, 2007.  Consolidation is not recommended because this related case
16   involves different parties and has different, unrelated products at issue.

17

18   *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
19   *Trust v. First International Digital, Inc., et al*, Case No. C075525, filed October 30,
20   2007 in the United States District Court for the Northern District of California.
21   Consolidation is not recommended because this related case involves different
22   parties and has different, unrelated products at issue.

23

24   *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
25   *Trust v. Digital Networks North America, Inc., et al*, Case No. C075568, filed
26   November 1, 2007 in the United States District Court for the Northern District of
27   California.  Consolidation is not recommended because this related case involves
28   different parties and has different, unrelated products at issue.

2.                                    Case No. _____

1

2      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3      *Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 06CV1572BTN

4      CAB, filed August 7, 2006, in the United States District Court for the Southern

5      District of California.  Consolidation is not recommended because this related case

6      involves different parties and has different, unrelated products at issue.

7

8      *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil

9      Case No. 07CV00730HHK, filed April 20, 2007, in the United States District Court

10     for the District of Columbia.  Consolidation is not recommended because this related

11     case involves different parties and has different, unrelated products at issue.

12

13     *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case

14     No.: 07CV02690, filed May 11, 2007, in the United States District Court for the

15     Northern District of Illinois.  Consolidation is not recommended because this related

16     case involves different parties and has different, unrelated products at issue.

17

18     *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*

19     *Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

20     MLS, filed September 18, 2006 in the Southern District of California. The action

21     was settled by the parties, and dismissed.

22

23     *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*

24     *Trust v.  Head USA Inc.* Civil Case No.:  06CV1434BTN  CAB, filed July 2006 in

25     the Federal District for the Southern District of California.  The action was settled by

26     the parties, and dismissed.

27

28     *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*

3.

1    *And Development Trust), and Sorensen Research And Development Trust*.  Docket

2    No.: 306CV00983, filed June 2006 in the Federal District of Connecticut.  The

3    matter was transferred and consolidated with the *Sorensen Research And*

4    *Development Trust v.  Head USA Inc.* action filed in the Southern District of

5    California, Civil Case No.:  06CV1434BTM  CAB. The action was later settled by

6    the parties, and dismissed.

7

8        *Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen*

9    *Research and Development Trust*.  Docket No. 1:06-cv-91-JM filed March 8, 2006 in

10    the Federal District of New Hampshire. The matter was transferred and consolidated

11    with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*

12    *Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

13    MLS, filed in the Southern District of California.  The action was later settled by the

14    parties.

15

16        *Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen*

17    *Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA,*

18    *LLC*.  Civil No.  03-1763 (HAA) filed in the United States District Court for

19    Northern California and transferred to the United States District Court for New

20    Jersey.  This matter has been settled and dismissed.

21

22        *In the Matter of Certain Automobile Tail Light Lenses And Products*

23    *Incorporating Same*.  Investigation No. 337-TA-502 filed in the United States

24    International Trade Commission.  The matter was remanded after appeal to the

25    Federal Circuit Court of Appeals, then settled and dismissed.

26

27        *Jens E. Sorensen, as Trustee Of The Sorensen Research and Development*

28    *Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*  Case

4.

Case No. _____

No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California.  The matter was settled and dismissed.

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina.  The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

*Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.*  Case No. 07-cv-054-S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.*  CIV. NO.  CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

*Sorensen et al v. International Trade Commission et al.*  427 F.3d 1375 (Fed.Cir., 2005).  After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

Case No. _____

1    DATED this 4th day of December, 2007.

2

3                              JENS ERIK SORENSEN, as Trustee of
                               SORENSEN RESEARCH AND DEVELOPMENT
4                              TRUST, Plaintiff

5

6                              /s/ Melody A. Kramer

7                              _____
                               Melody A. Kramer, Esq.
8                              J. Michael Kaler, Esq.
                               Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, Melody A. Kramer declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this Court.

On December 4, 2007, I served on the parties to this action the following documents:

**AMENDED NOTICE OF RELATED CASES**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Allison Goddard<br>J. Christopher Jaczko<br>Jaczko Goddard LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>agoddard@jaczkogoddard.com<br>cjaczko@jaczkogoddard.com<br>858-225-3500 FAX | Defendant Giant<br>International (USA) Ltd. | Email – Pleadings Filed<br>with the Court |
| Dale Lischer<br>Elizabeth G. Borland<br>Kerri A. Hochgesang<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree St., N.E.<br>Atlanta, GA  30309<br>404-685-6945 FAX | Defendant Giant<br>International (USA) Ltd. | Email – Pleadings Filed<br>with the Court |

☐    (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐    (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐    (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

7.

Case No. _____

1

2  ☐ (Email) I emailed a true copy of the foregoing documents to an email address
   represented to be the correct email address for the above noted addressee.

3

4  ☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
   this document via the CM/ECF system for the United States District Court for the
5  Southern District of California.

6

7  I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday,
   December 04, 2007, in San Diego, California.

8                                                          /s/ Melody A. Kramer

9                                              _____

10                                               Melody A. Kramer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8.