| | |
|---|---|
| 1 | J. CHRISTOPHER JACZKO (149317) |
|   | ALLISON H. GODDARD (211098) |
| 2 | JACZKO GODDARD LLP |
|   | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
|   | Telephone:    (858) 404-9205 |
| 4 | Facsimile:    (858) 225-3500 |
| 5 | DALE LISCHER (*Pro Hac Vice Pending*) |
|   | ELIZABETH G. BORLAND (*Pro Hac Vice Pending*) |
| 6 | KERRI A. HOCHGESANG (*Pro Hac Vice Pending*) |
|   | SMITH, GAMBRELL & RUSSELL, LLP |
| 7 | Promenade II, Suite 3100 |
|   | 1230 Peachtree St. N.E. |
| 8 | Atlanta, GA  30309 |
|   | Telephone:    (404) 815-3500 |
| 9 | Facsimile:    (404) 685-6945 |
| 10 | Attorneys for Defendant |
|    | GIANT INTERNATIONAL (USA) LTD. |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | No. 07-CV-02121-BTM-CAB |
| Plaintiff, | **DEFENDANT GIANT INTERNATIONAL (USA) LTD.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| GIANT INTERNATIONAL (USA) LTD., a Delaware corporation, and DOES 1-10, | |
| Defendants. | |
| GIANT INTERNATIONAL (USA) LTD., a Delaware corporation, | |
| Cross-Complainant, | |
| v. | |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| Cross-Defendant. | |

1                                                                           Case No. 07-CV-02121-BTM-CAB

Defendant and Counterclaimant Giant International (USA) Ltd. ("Giant") hereby applies, *ex parte*, for an Order continuing the date of the Early Neutral Evaluation Conference ("ENE"), which is currently scheduled on January 28, 2007, to a date to be determined after Judge Moskowitz rules on Giant's Motion to Stay.  Giant's Motion to Stay is scheduled to be heard on February 8, 2008.

A brief continuance of the ENE until after the Motion to Stay has been determined will promote judicial efficiency.  If Giant's Motion to Stay is granted, this action will be stayed until the reexamination of the patent-in-suit, U.S. Patent No. 4,935,184 ("the '184 Patent"), is completed.  It would be inefficient for the Court and the parties to conduct an ENE just days before a stay is granted.  Conversely, if the Court denies Giant's Motion to Stay, neither party will be prejudiced by a brief continuance of the ENE.

Giant's counsel notified Plaintiff's counsel of this *ex parte* application on December 13, 2007.  Counsel for Plaintiff indicated that Plaintiff will oppose the requested continuance.

Dated:     December 17, 2007               JACZKO GODDARD LLP

                                           SMITH, GAMBRELL & RUSSELL, LLP


                                           By:      s/Allison H. Goddard
                                                 Allison H. Goddard
                                                 Attorneys for Defendant GIANT
                                                 INTERNATIONAL (USA) LTD.

*Sorensen v. Giant International (USA) Ltd.*

**USDC Case No. 07cv02121 BTM (CAB)**

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2007, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

/s/ Allison H. Goddard