UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GIANT INTERNATIONAL (USA) LTD., a Delaware corporation, and DOES 1-10,<br><br>Defendant. | Civil No.   07cv2121-BTM (CAB)<br><br>**ORDER REGARDING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

On December 17, 2007, defendant GIANT INTERNATIONAL (USA) LTD. ("Defendant") filed an Ex Parte Application to Continue the Early Neutral Evaluation Conference. [Doc. No. 16.] On December 20, 2007, plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST ("Plaintiff"), filed an opposition to Defendant's ex parte application. [Doc. No. 17.] On December 21, 2007, Defendant filed a reply in support of its ex parte application. [Doc. No. 18.]

After consideration of the papers submitted by the parties, **AND FOR GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the Early Neutral Evaluation conference set for January 28, 2008, at 10 a.m., shall be reset as a telephonic attorneys-only status conference for the same date and time. Therefore, the Early Neutral Evaluation Conference set for January 28, 2008, is vacated. **A telephonic attorneys-only status conference is set for January**

1

1  **28, 2008, at 10 a.m.** Counsel for defendant shall coordinate and initiate the conference call. No briefs need be submitted prior to the status conference.

**IT IS FURTHER ORDERED** that all other dates set forth in this Court's order of December 3, 2007 [Doc. No. 12] are hereby vacated.

**IT IS SO ORDERED.**

DATED: January 7, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge