1   MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
2   9930 Mesa Rim Road, Suite 1600
    San Diego, California 92121
3   Telephone (858) 362-3150

4
    J. MICHAEL KALER, SBN 158296
5   KALER LAW OFFICES
    9930 Mesa Rim Road, Suite 200
6   San Diego, California 92121
    Telephone (858) 362-3151
7

8   Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
9   DEVELOPMENT TRUST

10

11                  UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13
    JENS ERIK SORENSEN, as Trustee of        )   Case No. 07-CV-02121 BTM CAB
14  SORENSEN RESEARCH AND                    )
    DEVELOPMENT TRUST,                       )   **PLAINTIFF'S REQUEST FOR ORAL**
15                                           )   **ARGUMENTS ON DEFENDANT GIANT**
                                             )   **INTERNATIONAL (USA) LTD'S MOTION**
16             Plaintiff,                    )   **FOR STAY**
       v.                                    )
17                                           )
    GIANT INTERNATIONAL (USA) LTD., a        )   Date:  February 8, 2008
18  Delaware corporation, and DOES 1-10,     )   Time:  11:00 a.m.
                                             )   Courtroom 15 – 5th Floor
19             Defendants.                   )   The Hon. Barry T. Moskowitz
                                             )
20  _____     )
                                             )
21  GIANT INTERNATIONAL (USA) LTD., a        )
    Delaware corporation,                    )
22                                           )
                                             )
23             Cross-Complainant,            )
                                             )
24       v.                                  )
                                             )
25  JENS ERIK SORENSEN, as Trustee of        )
    SORENSEN RESEARCH AND                    )
26  DEVELOPMENT TRUST,                       )
                                             )
27             Cross-Defendant.              )
                                             )
28  _____     )
                                             )

1      PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research &

2  Development Trust, hereby requests that the Court hear oral argument on Defendant

3  Giant International (USA) LTD's Motion for Stay because of the serious nature of

4  the motion.

5

6  DATED this 25th day of January, 2008.

7

8                                    JENS ERIK SORENSEN, as Trustee of
                                     SORENSEN RESEARCH AND DEVELOPMENT
9                                    TRUST, Plaintiff

10

11                                   /s/ J. Michael Kaler

12                                   _____
                                     Melody A. Kramer, Esq.
13                                   J. Michael Kaler, Esq.
                                     Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07cv02121 BTM CAB

**PROOF OF SERVICE**

I, J. Michael Kaler declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action. My business address is the Kaler Law Offices, 9930 Mesa Rim Road, Suite 200, San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this Court.

On January 25, 2008, I served on the parties to this action the following documents:

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON DEFENDANT GIANT INTERNATIONAL (USA) LTD'S MOTION FOR STAY**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Allison Goddard<br>J. Christopher Jaczko<br>Jaczko Goddard LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>agoddard@jaczkogoddard.com<br>cjaczko@jaczkogoddard.com<br>858-225-3500 FAX | Defendant Giant International (USA) Ltd. | Email – Pleadings Filed with the Court |
| Dale Lischer<br>Elizabeth G. Borland<br>Kerri A. Hochgesang<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree St., N.E.<br>Atlanta, GA  30309<br>404-685-6945 FAX | Defendant Giant International (USA) Ltd. | Email – Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

Case No. 07cv02121 BTM CAB

1

2    ☐    (Email) I emailed a true copy of the foregoing documents to an email address
          represented to be the correct email address for the above noted addressee.

3

4    X    (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
          this document via the CM/ECF system for the United States District Court for the

5         Southern District of California.

6

7    I declare that the foregoing is true and correct, and that this declaration was executed on Friday,
     January 25, 2008, in San Diego, California.

8                                                    /s/ J. Michael Kaler

9                                         _____

                                                       J. Michael Kaler

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07cv02121 BTM CAB