UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GIANT INTERNATIONAL (USA) LTD, a Delaware corporation, ,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Civil No.   07cv02121-BTM (CAB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On January 28, 2008, the Court held a telephonic status conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed on or before **February 28, 2008**;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **March 20, 2008**;

/ / / / /

1

4. A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before **March 20, 2008**; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **March 27, 2008**, at **1:30 p.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

DATED: January 28, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge