1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>BLACK & DECKER, ET. AL.,<br><br>                                    Defendant.<br>_____<br>and related cases.<br>_____ | CASE NO. 06CV1572 BTM (CAB)<br>NO. 07CV2121<br>NO. 07CV2277<br>NO. 07CV2278<br>NO. 07CV2321<br><br>ORDER DENYING MOTION TO<br>CONSOLIDATE |

        Given the stay pending patent reexamination issued in the above cases, the Court

DENIES Plaintiff's motion to consolidate as premature.

IT IS SO ORDERED.

DATED:  May 5, 2008

                                        _Barry Ted Moskowitz_
                                        Honorable Barry Ted Moskowitz
                                        United States District Judge

07CV2278